IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND TERILLI,** | : | Civil No. 1:17-CV-1360 |
| Plaintiff, | : | |
| v. | : | |
| **MATTHEW FALVEY, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum, it is **HEREBY ORDERED** that Plaintiff's motion for summary judgment (Doc. 31) is **GRANTED** with respect to his battery claim against Defendant Matthew Falvey and is **DENIED** in all other respects. It is **FURTHER ORDERED** that Defendants' motion for summary judgment (Doc. 36) is **DENIED**, and Defendants' motion to dismiss a claim pursuant to Federal Rule of Civil Procedure 50 (Doc. 58) is **DENIED** without prejudice to renewal at the time of trial.

*s/Sylvia H. Rambo*____
SYLVIA H. RAMBO
United States District Judge

Dated: March 28, 2019